IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOE HAND PROMOTIONS, INC.**                                                                                     **PLAINTIFF**

v.                                    Case No. 4:14-cv-00057-KGB

**BOBBY WHORTON A/K/A BOB**
**WHORTON, individually and d/b/a**
**BUGSY'S WINGS & THINGS**                                                                                         **DEFENDANT**

## ORDER

Before the Court is plaintiff's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a) (Dkt. No. 14). Plaintiff voluntarily dismisses with prejudice defendants Bobby Whorton, a/k/a Bob Whorton, individually and d/b/a Bugsy's Wings & Things. Accordingly, the Court dismisses this action with prejudice.

SO ORDERED this 2nd day of July, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE